# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08 MJ 1820
                         )
           vs            )   ABSTRACT OF ORDER
                         )
                         )   Booking No.  08780298
   Julio Martnill Jr.    )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  6/26/08
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.  w/o prejudice

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                     Ruben B. Brooks
                              UNITED STATES MAGISTRATE JUDGE

                                            OR
Received _____                W. SAMUEL HAMRICK, JR.    Clerk
         DUSM                     by
                                              Deputy Clerk
                                     V. Lee

Crim-9  (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY